**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000753
06-MAR-2020
08:41 AM**

NO. CAAP-19-0000753

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SEAN DEPAEPE, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee,

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NOS. 2PR191000006(4), 2FC141000147(4), AND 2PC121000498(4))

ORDER DISMISSING APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On October 29, 2019, self-represented Petitioner-Appellant Sean Depaepe (Depaepe) filed the notice of appeal;

(2) On November 8, 2019, the circuit court clerk filed the record on appeal;

(3) On November 12, 2019, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before November 18, 2019, and December 18, 2019, respectively;

(4) Depaepe did not file either document or request an extension of time;

(5) On January 29, 2020, the appellate clerk notified Depaepe that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on February 10, 2020, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules

of Appellate Procedure Rules 12.1(e) and 30, and Depaepe could request relief from default by motion; and

(6) Depaepe took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawai'i, March 6, 2020.

Presiding Judge

Associate Judge

Associate Judge

2